**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Isaac Dwayne CALDWELL, also known as Isaac Caldwell, also known as Issac Caldwell, also known as Issac Dwayne Caldwell, also known as Isaac Coldwell, also known as Ahmad Devon Haywood, Defendant–Appellant,**

**United States of America, Plaintiff–Appellee,**

v.

**Isaac Caldwell, Defendant–Appellant.**

Nos: 13–51092, 13–51094 Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 29, 2014.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Bradford W. Bogan, Maureen Scott Franco, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before CLEMENT, PRADO, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Isaac Dwayne Caldwell has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Caldwell has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.